(September 18, 1925.)

KOOTENAI POWER CO., LIMITED, a Corporation, Appellant, v. PUBLIC UTILITIES COMMISSION OF IDAHO and the CITY OF COEUR D'ALENE, a Municipal Corporation, Respondents.

[239 Pac. 733.]

APPEAL from the Public Utilities Commission.

Proceedings before the Public Utilities Commission to fix the value of the property of the Kootenai Power Co. for

rate-making purposes and to fix rates to be charged. From its order the company appealed. *Order affirmed.*

Robert H. Elder, for Appellant.

W. B. McFarland, for Respondent City of Coeur d'Alene.

A'. H. Conner, Attorney General, and Charles P. McCarthy, for Respondent Public Utilities Commission.

WM. E. LEE, J.—This cause was submitted on the argument made in *Consumers' Co., Limited, v. Public Utilities Com., ante,* p. 498, 239 Pac. 730. Separate briefs were filed in this case, but on the questions of the scope of the appeal and going concern value the facts are so similar as not to require a separate opinion. On the authority of *Consumers' Co., Limited, v. Public Utilities Com., supra,* the order of the Commission is affirmed. Costs to respondents.

William A. Lee, C. J., and Budge, Givens and Taylor, JJ., concur.